# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0973. DONTAZE M. ARMSTEAD v. AMANDA NICOLE PARMER.**

Dontaze Armstead filed a petition for legitimation and/or custody or visitation in superior court. On August 13, 2014, the trial court granted the petition, allowing visitation. However, two days later, the trial court revoked its order. At a subsequent hearing, Armstead dismissed his petition, which left Amanda Parmer's counterclaim for child support as the sole issue for the court's consideration. The trial court issued its final order on child support, and Armstead appeals therefrom. We lack jurisdiction.

Because this case involves only the issue of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012). Appeals in such matters must be taken by application for discretionary appeal. See *Booker*, supra. Armstead's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/10/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*